UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANTONIO LUCAS, ALEX SHERRILL and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MIKE McMURRIN TRUCKING, INC., and MIKE McMURRIN,<br><br>Defendants. | Case No. 1:14-cv-00116-LRR<br><br>ORDER |

Pursuant to the parties' motion and stipulation, the Court enters the following order concerning the plaintiffs' motion for court-authorized notice, for tolling of the statute of limitations, and for disclosure of the names and address of potential opt-in plaintiffs.

1. <u>Collective Action</u>. The court grants the plaintiffs' request that the court conditionally certify a class of current and former hourly truck drivers of McMurrin Trucking, Inc. who have been employed at any time since March 17, 2012, in accordance with *Hoffmann v. La Roche, Inc. v. Sperling*, 493 U.S. 165, 169 (1989).

2. <u>Notice</u>. The court authorizes plaintiffs to provide notice to potential opt-in plaintiffs by mail to the last known addresses of those persons. Defendants shall provide the names and last known addresses of each potential class member to the plaintiffs' counsel by April 17, 2015. Plaintiffs shall bear the cost of giving notice. The notices shall be in the form attached to this order as Appendix A and Appendix B.

3. <u>Statute of Limitations</u>. The court will not toll the statute of limitations for potential class members, because plaintiffs have not demonstrated that defendants

1

engaged in any inequitable conduct or other misconduct regarding the plaintiffs' complaint. Defendants' failure to reply to plaintiffs' request for names and addresses of potential plaintiffs does not warrant the tolling of the statute of limitations because defendants had no duty to respond to the letter requests.

THEREFORE IT IS ORDERED:

1. Plaintiffs are conditionally permitted to proceed as a collective action.

2. The following class is hereby "conditionally certified" and thereby authorized to receive notice of other individuals' right to join the lawsuit:

> All current and former hourly truck drivers of McMurrin Trucking who have been employed at any time since March 17, 2012

3. Notice of the conditionally certified class shall be given to putative class members so that they may elect to opt into the conditionally certified class. Notice shall be in the forms attached to this order labeled Appendix A and Appendix B.

4. Defendant shall by April 17, 2015, provide the names and last known addresses and dates of employment of potential class members to plaintiffs' counsel.

5. The opt-in period for putative class members shall be sixty days from the date this order is entered.

6. The court does not toll the statute of limitations for potential class members.

7. The parties have previously submitted to U.S. Magistrate Judge Jon S. Scoles a proposed scheduling order and discovery plan.

Dated this 7th day of April, 2015.

LINDA R. READE, JUDGE
U.S. DISTRICT COURT

2